JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NORMAN HUMPHREYS, | ) Case No. EDCV 17-653-R(AJW) |
|         Petitioner, | ) |
| | ) JUDGMENT |
|    v. | ) |
| SCOTT KERNAN, | ) |
|         Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: April 18, 2017

_____
Manuel L. Real
United States District Judge